IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAROLD HOLCOMB,                          :        CIVIL ACTION
            Petitioner,                  :
                                         :
        v.                               :        NO. 15-5776 **FILED**
                                         :
MICHAEL D. OVERMYER,                     :        SEP 2 9 2016
SUPERINTENDENT SCI-FOREST, et al.,       :
            Respondents.                 :        LUCY V. CHIN, Interim Clerk
                                                  By _____ Dep. Clerk

## O R D E R

**AND NOW**, this 28ᵗʰ day of September , 2016, upon careful and

independent consideration of the petition for a writ of habeas corpus, the response to the petition

and appended exhibits, and Petitioner's brief in support, and after review of the Report and

Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

　　　1.　The Report and Recommendation is **APPROVED** and **ADOPTED**;

　　　2.　The petition for a writ of habeas corpus is **DENIED AND DISMISSED**;

　　　3.　A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a

substantial showing of the denial of a constitutional right nor demonstrated that reasonable jurists

would debate the correctness of the procedural aspects of this ruling.　*See* 28 U.S.C. § 2253(c)(2);

*Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

　　　4.　The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　WENDY BEETLESTONE,　　　　J.